**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00772-SBP

FREDY JEOVANY LOPEZ CIFUENTES,

     Petitioner,

v.

JUAN BALTASAR, Warden of the Denver Contract Detention Facility, acting in his official capacity,
KELEI WALKER, Field Office Director or Acting Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, acting in her official capacity,
MARKWAYNE MULLEN, Secretary of the United States Department of Homeland Security, acting in his official capacity,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States Magistrate Judge Susan Prose entered on March 10, 2026, [ECF No. 11] and June 10, 2026, [ECF No. 14], it is

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 10th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/   J. Dynes

J. Dynes, Deputy Clerk